**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 98-30224**
**Summary Calendar**

**MARCELETTE JACKSON,**

**Plaintiff-Appellant,**

**VERSUS**

**ENTERGY OPERATIONS, INCORPORATED; DAN PACKER,**

**Defendants-Appellees.**

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-4111-R)

September 18, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

In December 1996, Marcelette Jackson ("Jackson") sued her employer, Entergy Operations, Inc. ("Entergy"), and her supervisor, Dan Packer, alleging sexual harassment, gender discrimination and retaliation under Title VII and various state causes of action. The conduct which she complained of occurred between 1992 and 1994 and Jackson did not initiate any proceedings before the EEOC within

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

300 days of the conduct complained of. Entergy and Packer filed motions for summary judgment on the grounds that her Title VII claims were not timely filed and her state law claims were barred by state limitations. The district court granted such motions for summary judgment and Jackson appeals.

We have carefully reviewed the briefs, the reply briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the district court in its Order and Reasons filed under date of March 4, 1998, we affirm the final Judgment entered under date of March 4, 1998.

**AFFIRMED.**